# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 20, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711


Re: Stephen Herbert Speckman
v. Texas
No. 14-8503
(Your No. WR-81,947-01)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 19, 2014 and placed on the docket February 20, 2015 as No. 14-8503.



Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst



RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk